DLS DEMOVSKY LAWYER SERVICE
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MALIBU MEDIA, LLC,

          Plaintiff,

Civil Action No. 1:19-cv-04910-JGK

**AFFIDAVIT OF SERVICE**

v.

AUNNOP BOONTHONG,

          Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK )
          S.S.
COUNTY OF NEW YORK)

    **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 26th day of December, 2019, at approximately the time of 7:06 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT— ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT, AND NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** upon **AUNNOP BOONTHONG** at 310 East 70th Street, Apt. 9L, Lobby, New York, NY 10021, by personally delivering and leaving the same with **AUNNOP BOONTHONG** at that address. At the time of service, deponent asked **AUNNOP BOONTHONG** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

**AUNNOP BOONTHONG** is an Asian male, approximately 50 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 200 pounds with black hair and brown eyes with a goatee.

*[signature]*

**HECTOR FIGUEROA, #0870141**

Sworn to before me this
30th day of December, 2019

*[signature]*

NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5662405
Qualified in New York County
Commission Expires July 1, 2022

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com