# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

*80 Red Schoolhouse Road, Suite 110*      *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*Spring Valley, NY 10977*      *61 South Paramus Road, Suite 250*
*Tel: (845) 352-0206*      *Paramus, NJ 07652*
*Fax: (845) 352-0481*      *Tel: (201) 928-1100*

January 8, 2020

*[handwritten: Adjourned to Tuesday, March 10, 2020, at 4:30pm. So ordered. 1/8/20 — John G. Koeltl, USDJ]*

The Honorable Judge John G. Koeltl
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: 1:19-cv-04910-JGK, Malibu Media, LLC v. John Doe Assigned IP Address 108.46.79.213 – Plaintiff's Unopposed Second Letter-Motion to Adjourn the Initial Status Conference on January 14, 2020 at 4:30 p.m. until Defendant is served*

Dear Judge Koeltl:

    I represent Plaintiff, Malibu Media, LLC, in the above-referenced matter. Please allow this letter to serve as a motion to adjourn the Initial Pre-Trial Conference scheduled for January 14, 2020 at 4:30 p.m.

    This matter has been filed as a John Doe, the Internet subscriber assigned the referenced IP address, wherein Plaintiff is claiming defendant's direct infringement of several of Plaintiff's works through the BitTorrent protocol. The defendant's name and address is not presently known to Plaintiff. On June 25, 2019, Plaintiff filed a motion (D.E. 8) for leave to serve a third-party subpoena on the referenced IP address via its internet service provider, Verizon, Inc., ("Verizon"). Pursuant to the Court's Order of September 10, 2019 (D.E. 16), Plaintiff served Verizon with said subpoena on September 11, 2019 and on November 18, 2019, Verizon responded to Plaintiff's Subpoena.

    Plaintiff then filed its Amended Complaint on December 16, 2019 and requested the issuance of a summons [CM/ECF 23]. The summons was issued on December 17, 2019 [CM/ECF 24] and the Defendant was served on December 26, 2019. To date, Plaintiff is in settlement negotiations with Defendant's counsel. The undersigned obtained confirmation from opposing counsel that said motion to adjourn pretrial conference is unopposed. As such, Plaintiff is respectfully requesting an adjournment of the Initial Pre-Trial Conference.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 1-8-2020

As such, Plaintiff is respectfully requesting an adjournment of the Initial Pre-Trial Conference set for January 14, 2020 at 4:30 p.m. This is the second request for an adjournment and no party objects.

WHEREFORE, the Plaintiff respectfully request that this Court grant Plaintiff's motion for an adjournment of the conference on January 14, 2020.

Respectfully Submitted,

By: /s/ *Kevin T. Conway*
Kevin T. Conway (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, NY 10977
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*
Kevin T. Conway (KC-3347)