UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MALIBU MEDIA, LLC,

          Plaintiff,

vs.

AUNNOP BOONTHONG,

          Defendant.
------------------------------------------------------------X

Civil Action No. 1:19-cv-04910-JGK

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant, Aunnop Boonthong's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this __2__ day of _____March_____, 2020.

By: _____/s/ George B. Daniels_____
UNITED STATES DISTRICT JUDGE
George B. Daniels
U.S.D.J., Part I